(INND Rev. 1/21)                                                                                     page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

**Cynthia Pierce**
_____
[You are the PLAINTIFF, print your full name on this line.]

v.

**Zantac Corporation**
_____
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

**FILED**
MAR 28 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number **2:23-CV-111**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] **Zantac Corporation** | 342 W. 47th St. Fl 1, New York City, New York 10036 |
| 2 | [Put the names of any other defendants in these boxes.] **Family Dollar** | 10401 Monroe Rd Matthews North, Carolina 28105 |
| 3 | **Sanofi** | 55 Corporate Dr. Bridgwater, NJ 08807 |
| 4 | **Glaxo Smith Kline** | 2929 Walnut St. Ste 1700 Philadelphia, PA 19104-5436 |
| 5 | **Pfizer** | 235 E. 42nd St. New York, New York 10017-5703 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **5**
2. What is your address? **4868 Grant St. # 30 Gary, IN 46408**

3. What is your telephone number: **(219) 302-5088**

4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

⑥ Johnson & Johnson

One Johnson & Johnson Plaza
New Brunswick, New Jersey
08933

⑦

Boehringer Ingelheim
Pharmaceuticals, Inc
900 Ridgebury Road
Ridgefield, CT 06877

⑧

CVS
CVS Health One CVS Drive
Woonsocket, Rhode Island
02895

## CLAIMS and FACTS

**DO:** Write a short and plain statement telling what each defendant did wrong.
**DO:** Use simple English words and sentences.
   **DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.
**DO:** Explain when, where, why, and how these events happened.
**DO:** Include every fact necessary to explain your case and describe your injuries or damages.
**DO:** Number any documents you attach and refer to them by number in your complaint.
   **DO NOT:** Include the names of minors, social security numbers, or dates of birth.
**DO:** Use each defendant's name every time you refer to that defendant.
**DO:** Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Zantac, Glaxo Smith Kline, Pfizer, Inc, Johnson + Johnson, Boehringer Ingelheim, Sanofi, CVS and Family Dollar knowingly sold ranitidine based heartburn medicine containing a cancer causing carcinogen NDMA. My husband was a healthy 51 year old man who developed GERD. He began to take Zantac's 150mg over the counter medication in February of 2016 twice a day 7 days a week. In May of 2018 he was diagnosed with stage 4 esophageal cancer. My husband was never a smoker and had no other illnesses that required him to take any other medication. He was prescibed ranitidine products up until his death 10-10-19. My husbands medical records show that he was taking no other medications before Zantac and the other ranitidine products manufactured and sold by the companies I am seeking to sue for wrongful death and pain and suffering also loss of income as well.

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                                          page 3

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?
  ☒ No.
  ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

I want the court to order the defendant to pay for loss of life, wrongful death, loss of income, pain and suffering that I'm still going through.

FILING FEE – Are you paying the filing fee?
  ○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]
  ☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]
CP    I will keep a copy of this complaint for my records.
CP    I will promptly notify the court of any change of address.
CP    I declare **under penalty of perjury** that the statements in this complaint are true.

_Cynthia Pierce_                                         3-24-23
Signature                                                Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]